IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Vernond Davis, individually and as parent of M. Davis and Z. Davis, ) ) ) | C/A No.: 3:10-372-JFA |
| Plaintiffs, ) ) | |
| vs. ) ) | ORDER APPOINTING GUARDIAN AD LITEM |
| State Farm Life Insurance Company, ) ) | |
| Defendant. ) ) | |

It appearing to the court that it is necessary to appoint an independent Guardian ad Litem to represent the two minor plaintiffs in this action, and it further appearing that Sarah Powell, Esquire, an attorney in Lexington, South Carolina, has consented to serve, the court hereby appoints Sarah Powell, as Guardian ad Litem for M. Davis and Z. Davis, in this action for the purpose of reviewing the settlement that has been tentatively reached in this case and making a recommendation to the court as to whether the same should be approved.

The court will conduct a hearing to review the fairness of the settlement at 11:00 a.m. on Tuesday, September 7, 2010. The hearing will be conducted in Courtroom No. IV of the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina. Ms. Powell, the plaintiff Vernond Davis, and counsel for both parties are requested to attend the hearing. Ms. Powell is authorized to contact Evert J. Mercer, attorney for the plaintiffs, for the purpose of learning the details of the proposed settlement.

IT IS SO ORDERED.

August 6, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge