IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Vernond Davis, Individually and as Parent of M. Davis and Z. Davis,<br><br>                          Plaintiff,<br>vs.<br><br>State Farm Live Insurance Company,<br><br>                          Defendant. | C/A: 3:10-372-JFA<br><br>ORDER |

      A. Paul Weissenstein, Jr. is respectfully requested to provide this court with a copy of the Order of the Sumter County Court of Common Pleas that resulted in a judgment of foreclosure and sale in this matter. Upon receipt of this information, the court will schedule a hearing.

      IT IS SO ORDERED.

July 30, 2013
Columbia, South Carolina

                                            Joseph F. Anderson, Jr.
                                            United States District Judge