IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Vernond Davis, individually and as Parent of M. Davis and Z. Davis | C/A No: 3:10-372-JFA |
| Plaintiffs, | ORDER FOR DISBURSEMENT |
| v. | OF HELD FUNDS |
| State Farm Life Insurance Company, | |
| Defendant. | |

The above captioned matter came before the Court on September 7, 2010 for consideration of a settlement agreement entered and reached in the case involving a life insurance policy issued on the deceased wife of Vernond Davis, who was the mother of two minor children. In that hearing, two claims against Davis were discussed, one of which was paid directly from the settlement proceeds. The balance of the other claim was by Robert Porter in the amount of Five Thousand Six Hundred Ninety Seven and 44/100 ($5,697.44) dollars, and those funds were deposited to the Court Registry because Davis disputed the validity of the claim.

Davis and Porter have reached a settlement as shown by Consent Motion filed and pending before the Court. It appearing to the Court that the relief sought as appropriate,

IT IS ORDERED, that the funds held by the Registry of the District Court be disbursed with $1,500.00 sent to Weissenstein Law Firm, LLC, as attorney for Vernond

Davis at P.O. Box 2446, Sumter, SC 29151, and with the balance of the funds[1] to Player & McMillan, attorneys for Robert Porter, at P.O. Drawer 3690, Sumter, SC 29151.

IT IS SO ORDERED.

October 22, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

---

[1] The funds may have accrued interest while being held by the court and for this reason, the amount indicated in the consent motion was not specifically referred to.